IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRED KIRKPATRICK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:05-0030 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 10), to which Defendant has responded in opposition (Doc. No. 13). Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 15). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. This Court hereby REVERSES and REMANDS the cause to the Commissioner for further administrative proceedings, to include supplementation of the record, rehearing, and the issuance of a new decision. This Order terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the ___21st___ day of ___October___, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT